IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE R. POLK,

    Plaintiff,   No. 2:11-cv-2842 LKK JFM (PC)

    vs.

C/O R. BESENAIZ, et al.,

    Defendants.

_____/   <u>ORDER</u>

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2012, plaintiff filed a letter to the court requesting assistance in seeking a transfer to another prison facility, including suggestions of legal action to take. Plaintiff is informed that the court cannot provide legal advice to litigants. Plaintiff's letter will be disregarded.

    IT IS SO ORDERED.

DATED: February 22, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12;polk2842.let

1